UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. A11CR 647 LY |
| Plaintiff, | INDICTMENT |
| v. | [Ct. I –Vio: 18 U.S.C. §922(g)– Felon in Possession of a Firearm] |
| CHARLIE MALOUFF, | Ct. II –Vio: 18 U.S.C. §922(g)– Felon in Possession of a Destructive Device] |
| Defendant | |

FILED
2011 NOV 15 PM 3: 25

THE GRAND JURY CHARGES:

COUNT ONE
Possession of a Firearm by a Felon
[18 U.S.C. §922(g)]

On or about October 11, 2011, in the Western District of Texas, **CHARLIE MALOUFF**, defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting commerce, the following firearms, to wit: Walther P-38 9mm pistol; Walther 1917 9mm pistol; Beretta Pietro 9mm pistol; Colt Huntsman .22 caliber pistol; Norinco SKS 7.62 caliber rifle; Enfield N04MK11 303 caliber rifle; all of which had been shipped and transported in interstate commerce.

In violation of 18 U.S.C. § 922(g)(1), the punishment for which is found at 18 U.S.C. § 924(a)(2).

## COUNT TWO
### Possession of a Destructive Device by a Felon
### [18 U.S.C. §922(g)]

On or about October 15, 2011, in the Western District of Texas, **CHARLIE MALOUFF**, defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting commerce, the following destructive devices, to wit: three Precision Ordnance Product Magnum Tactical Blast Stun Grenades; Precision Ordnance Product Multi Blast Munition; Precision Ordnance Product Multi Blast Grenade; Precision Ordnance Product Multi Ultra Flash Grenade; Precision Ordnance Product Multi Ultra Flash Grenade; Precision Ordnance Product Ultra Flash Stun Munition; four Precision Ordnance Product Rubber Impact Grenades; all of which had been shipped and transported in interstate commerce.

In violation of 18 U.S.C. § 922(g)(1), the punishment for which is found at 18 U.S.C. § 924(a)(2).

# FORFEITURE NOTICE
## (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offenses alleged in Counts One and Two of this Indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **CHARLIE MALOUFF**, shall forfeit to the United States of America any firearms, ammunition, magazines, destructive devices, firearm parts, fuses, and smoke or illumination devices involved in the commission of the respective offense, including but not limited to the following:

1. Mauser Standard Conehammer 7.63 caliber pistol;
2. Walther P-38 9mm pistol;
3. Walther 1917 9mm pistol;
4. Bernardelli Vincenzo .22 caliber pistols (3);
5. Jennings J22 .22 caliber pistols (2);
6. Colt Huntsman .22 caliber pistol;
7. Smith and Wesson 10 .38 caliber revolvers (2);
8. Great Western Arms Colt .45 caliber revolver;
9. Beretta Pietro 9mm pistol;
10. Smith and Wesson 36 .38 caliber revolver;
11. Unknown Manufacturer .44 caliber revolver;
12. Merwin & Hulbert .44 caliber revolver;
13. Iver Johnson 1900 .32 caliber revolver;
14. Harrington & Richardson American Bulldog .32 caliber revolver;
15. Uberti Aldo Outlaw .45 caliber revolver;
16. Browning Hi Power 9mm pistol;
17. Sauer & Sohn Western Marshal .44 caliber revolver;

18. Walther PP 9mm pistol;

19. Ceska Zbrojovka CZ52 7.62 caliber pistol;

20. Winchester 1300 12 gauge shotgun;

21. Norinco SKS 7.62 caliber rifle;

22. Remington 03-A3 30-06 caliber rifle;

23. Sako Forester .308 caliber rifle;

24. Mossberg 500A 12 gauge shotguns (2);

25. Savage 110 7mm rifle;

26. Springfield Armory M1 30 caliber rifle;

27. Marlin Firearms 60 .22 caliber rifle;

28. High Standard 12 gauge shotgun;

29. Winchester 94 30-30 rifle;

30. Unknown Manufacturer M1A 30 caliber rifle;

31. Enfield N04MK11 303 caliber rifle;

32. Precision Ordnance Product Magnum Tactical Blast Stun Grenades (3);

33. Precision Ordnance Product Multi Blast Munition;

34. Precision Ordnance Product Multi Blast Grenade;

35. Precision Ordnance Product Multi Ultra Flash Grenade;

36. Precision Ordnance Product Multi Ultra Flash Grenade;

37. Precision Ordnance Product Ultra Flash Stun Munition; and

38. Precision Ordnance Product Rubber Impact Grenades (4).

A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

ROBERT PITMAN
UNITED STATES ATTORNEY

DANIEL D. GUESS
Assistant United States Attorney
Texas Bar No. 00789328