Sealed _____
Unsealed  **X**

**A11CR 647 LY**

Personal Data Sheet    USAO# **2011R14769**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES  **X** NO
CASE NO. _____

| | | | | |
|---|---|---|---|---|
| County: | **TRAVIS** | **AUSTIN** Division | Judge: | |
| Date: | **11/15/2011** | Mag Ct.# | SSN: **REDACTED** | FBI#: |
| Case No.: | | | Assistant U.S. Attorney: **Dan Guess** | |
| Defendant: | **CHARLIE MALOUFF** | | Date of Birth: **REDACTED** | |
| Address: | **REDACTED** | | | |

Citizenship:    United States **X**    Mexican _____    Other _____

Interpreter Needed:    Yes ___    No **X**    Language _____

Defense Attorney: _____    Employed _____

Address of Attorney: _____    Appointed _____

Defendant is:    In Jail ___    Where: _____
                On Bond ___    Amt. of Bond ___    Where: _____

Date of Arrest: _____    Bench Warrant Needed _____

Prosecution By:    Information _____    Indictment **X**

Offense (Code & Description):
Ct. 1:  18 U.S.C. §922(g)(1) - Possession of a Firearm by a Felon;
Ct. 2:  18 U.S.C. §922(g)(1) - Possession of a Firearm by a Felon.

Offense Is:    Felony _____    Misdemeanor _____

Maximum Sentence:
Ct. 1: 0-10 Yrs Imprisonment; $250,000 fine; TSR 3 Yrs TSR; $100 MSA
Ct. 2: 0-10 Yrs Imprisonment; $250,000 fine; TSR 3 Yrs TSR; $100 MSA

Penalty is Mandatory:    Yes **X** As to special assessment    No _____

Remarks:  **REDACTED**